**FILED**
December 5, 2007
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
DEPUTY CLERK

-UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,      )<br>                                                             )<br>                    Plaintiff,            )<br>v.                                                      )<br>                                                             )<br>JESSICA L. WARD,                     )<br>                                                             )<br>                    Defendant.        ) | Case No. MAG. 07-0377-EFB<br><br>ORDER FOR RELEASE OF<br>PERSON IN CUSTODY |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release JESSICA L. WARD, Case No. MAG. 07-0377-EFB from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

__X__   Release on Personal Recognizance

____   Bail Posted in the Sum of $

    ____   Unsecured Appearance Bond

    ____   Appearance Bond with 10% Deposit

    ____   Appearance Bond

__X__   (Other) <u>Conditions as stated on the record.</u>

__X__   (Other) <u>The Defendant is to reside at the Teen Challenge International drug treatment facility and is ordered to appear for her make her next appearance on 12/19/07 at 2:00 p.m. before Magistrate Judge Edmund F. Brennan.</u>

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at  Sacramento, CA  on  12/05/07   at  3:00 pm

By  /s/ Edmund F. Brennan
Edmund F. Brennan
United States Magistrate Judge